### BRANNON *v.* DONAHOO.

FISH, J.   While the original papers in a case tried in a justice's court and the originals of the doçtumentary evidence submitted upon the trial should not be attached to a petition for certiorari, the mere fact that such originals were so attached is not cause for dismissing the certiorari.

*Judgment reversed.    By five Justices.*

Argued May 9,—Decided June 3, 1903.

Certiorari.   Before Judge Henry.   Floyd superior court.   September 30, 1902.

*J. W. Ewing, Harris, Chamlee & Harris*, for plaintiff in error.
*M. B. Eubanks*, contra.